Janice M. Michaels
Nevada Bar No. 6062
Laura R. Bown
Nevada Bar No. 15706
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jmichaels@wshblaw.com
lbown@wshblaw.com

Attorneys for Portier, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN FUENTES, CYNTHIA FUENTES and ALEX MENDOZA,<br><br>Plaintiffs,<br><br>v.<br><br>PORTIER, LLC; PHUONG MINH DUONG; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No. 2:22-cv-<br><br>**DEFENDANT PORTIER, LLC'S PETITION FOR REMOVAL**<br><br>Trial Date:       None Set |

COME NOW, Petitioner/Defendant PORTIER, LLC ("Defendant"), by and through its attorneys, the law firm of WOOD, SMITH, HENNING & BERMAN, LLP, and hereby removes the above-captioned action currently pending in the District Court of Clark County, Nevada to the United States District Court for the District of Nevada.

**I.**

**BACKGROUND**

1. On or about March 4, 2022, Plaintiffs filed a Complaint in the District Court of Clark County, Nevada (hereinafter the "State Court Action"). The State Court Action was assigned Docket

24343441.1:11009-0918

No. A-22-849262-C.[1]

2. On or about April 6, 2022, Defendant Portier, LLC's Registered Agent accepted service of the Plaintiffs' Complaint in the State Court Action.[2] Since the time of service the parties have been actively attempting to determine potential resolution prior to commencing litigation.

3. Portier, LLC and Phuong Minh Duong are named as a Defendants in the Complaint. The Complaint purports to assert causes of action sounding in Negligence.[3]

4. In the Complaint, Plaintiffs allege injuries as a result of a motor vehicle accident that occurred on or about March 23, 2020.[4]

5. Plaintiffs seeks general damages in excess of $15,000.00; special damages for medical and miscellaneous expenses, plus future medical expenses and miscellaneous expenses in excess of $15,000.00; costs of this suit, attorney's fees and prejudgment interest; and "[a]ny other relief as the Court may seem just and proper in the premise."[5] Plaintiffs have also asserted that they have suffered brain injuries and various other injuries allegedly as a result of the subject accident.

6. Pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(a), this Petition for Removal is being filed in the United States District Court for the District of Nevada, which is part of the "district and division" embracing the place where this action was filed – Clark County, Nevada.

7. Pursuant to 28 U.S.C. §1446(d), a Notice of Removal to All Adverse Parties will be promptly served upon Plaintiffs' Counsel and filed with the Clerk of the District Court of Clark County, Nevada.[6]

---

[1] **Exhibit "A"**: Plaintiffs' Complaint.

[2] **Exhibit "B"**: Service of Process Transmittal stamped November 6, 2020.

[3] See Exhibit "A", generally.

[4] Id. at p. 3.

[5] Id. at pp. 6-7.

[6] **Exhibit "C"**: Notice of Filing Petition for Removal to be filed concurrently with this Petition.

24343441.1:11009-0918                    -2-

## II.

## STATUTORY REQUIREMENTS: 28 U.S.C. §1332

8.  <u>Diversity</u>. This Court has diversity jurisdiction of this action pursuant to 28 U.S.C. §1332.

9.  Plaintiffs allege in their Complaint that they are residents of the State of California.[7]

10. Defendant Portier, LLC is a Utah limited liability company.

11. Defendant Phuong Minh Duong is a resident of Nevada.

12. Diversity, therefore, exists because Plaintiffs are a citizen of California, Defendants Portier, LLC are residents of Utah and Defendant Duong is a resident of Nevada, respectively.

13. <u>Amount in Controversy</u>. Plaintiffs seek general damages in excess of $15,000.00; special damages for medical and miscellaneous expenses, plus future medical expenses and miscellaneous expenses in excess of $15,000.00; costs of this suit, attorney's fees and prejudgment interest; and "[a]ny other relief as the Court may seem just and proper in the premise."[8] Based on information provided to Defendant prior to litigation the claimed medical damages are in excess of $75,000.00.

14. Therefore, this Court has jurisdiction of this action pursuant to 28 U.S.C. §1332 since the alleged amount in controversy is in excess of $75,000.00.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[7] <u>See</u> Exhibit "A" at p. 2.

[8] <u>Id.</u> at pp. 6-7.

## III.

## CONCLUSION

Based on the forgoing, Petitioner/Defendant respectfully requests this action be removed to this Court, that all further proceedings in the State Court be stayed, and that Petitioner/Defendant obtain all additional relief to which they are entitled.

DATED:  May 6, 2022			WOOD, SMITH, HENNING & BERMAN LLP



				By:	  */s/ Janice M. Michaels*
					JANICE M. MICHAELS
					Nevada Bar No. 6062
					LAURA R. BOWN
					Nevada Bar No. 15706

				Attorneys for Portier, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2022, a true and correct copy of **DEFENDANT PORTIER, LLC'S PETITION FOR REMOVAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Michelle N. Ledesma*
Michelle N. Ledesma, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP