# EXHIBIT B

 CT Corporation

**Service of Process Transmittal**
04/06/2022
CT Log Number 541358572

TO:     Brandon Kosinski
        UBER TECHNOLOGIES, INC.
        950 23RD ST
        SAN FRANCISCO, CA 94107-3401

RE:     **Process Served in Nevada**

FOR:    PORTIER, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JUSTIN FUENTES; CYNTHIA FUENTES; and ALEX MENDOZA // To: PORTIER, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Disclosure, Filing Fee Remittance Form |
| **COURT/AGENCY:** | Clark County District Court, NV<br>Case # A22849262C |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 03/23/2020 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/06/2022 at 10:20 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after this Summons is served on you exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | John A. Kawai<br>TRIAL LAWYERS FOR JUSTICE<br>801 South 4th Street<br>Las Vegas, NV 89101<br>310-855-3727 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/06/2022, Expected Purge Date: 04/11/2022<br><br>Image SOP<br><br>Email Notification,  Claims Lit  intake@uber.com<br><br>Email Notification,  Brandon Kosinski  bkosinski@uber.com<br><br>Email Notification,  Sara Hernandez  shernandez@uber.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

 CT Corporation

**Service of Process Transmittal**
04/06/2022
CT Log Number 541358572

**TO:**   Brandon Kosinski
UBER TECHNOLOGIES, INC.
950 23RD ST
SAN FRANCISCO, CA 94107-3401

**RE:**   **Process Served in Nevada**

**FOR:**   PORTIER, LLC  (Domestic State: DE)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.