Janice M. Michaels
Nevada Bar No. 6062
Laura R. Bown
Nevada Bar No. 15706
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jmichaels@wshblaw.com
lbown@wshblaw.com

Attorneys for Portier, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN FUENTES, CYNTHIA FUENTES and ALEX MENDOZA,<br><br>Plaintiffs,<br><br>v.<br><br>PORTIER, LLC; PHUONG MINH DUONG; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00731-RFB-VCF<br><br>**DEFENDANT PORTIER, LLC'S STATEMENT REGARDING REMOVAL**<br><br>Trial Date:           None Set |

COMES NOW, Defendant, PORTIER, LC ("Defendant"), by and through its counsel of record, WOOD, SMITH, HENNING & BERMAN, LLP, and hereby submits the following Statement Regarding Removal.

1. The date(s) on which you were served with a copy of the complaint in the removed action.

ANSWER: On or about April 6, 2022, Defendant Portier, LLC's Registered Agent accepted service of the Plaintiffs' Complaint in the State Court Action. 2. The date(s) on which you were served with a copy of the summons.

ANSWER: On or about April 6, 2022, Defendant Portier, LLC's Registered Agent accepted service of the Plaintiffs' Complaint in the State Court Action.

3. In removals based on diversity jurisdiction, the names of any served Defendants who are citizens of Nevada, the citizenship of the other parties and a summary of Defendant's evidence of the amount in controversy.

ANSWER: Complete diversity exits between the parties. Plaintiffs allege in their Complaint that they are residents of the State of California. Defendant, Phuong Minh Duong, is a resident of the State of Nevada. Portier, LLC is a Delaware limited liability company doing business in the State of Nevada.

Plaintiff JUSTIN FUENTES is alleged to have suffered injuries to his head/brain with related motor problems and memory loss with an anticipated traumatic brain injury claim, a lacerated kidney, lacerated right knee, rib pain, lower back pain and testicular injury. Medical specials were $120,129.65 as of May 21, 2021. Plaintiff ALEX MENDOZA allegedly suffered injuries to his back, head/brain (with possible traumatic brain injury claims) and a fracture of the left clavicle. His past medical specials of $63,310.81 as May 21, 2021. The foregoing past medical specials for Plaintiffs FUENTES and MENDOZA do not include the additional claims for past and future pain and suffering and lost wages which Defendant reasonably expect Plaintiffs will assert in this matter. Plaintiff Cynthia Fuentes is bringing a loss of consortium claim. Defendant does not have specific information on this Plaintiff's damages, however, given the injuries claimed by her husband, Plaintiff Justin Fuentes, Defendant reasonably believes this claim also exceeds the amount in controversy threshold.

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the Summons and Complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

ANSWER: Not applicable.

5. In actions removed on the basis of this Court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the State Court.

ANSWER: Not applicable.

6. The name of any defendant known to have been served before you filed the notice of

1  removal who did not formally join in the notice of removal and the reasons they did not.

2      <u>ANSWER</u>:    It is unknown if Plaintiff has effected service on Defendant PHUONG MINH DUONG.

DATED: May 24, 2022    WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Laura R. Bown*
    JANICE M. MICHAELS
    Nevada Bar No. 6062
    LAURA R. BOWN
    Nevada Bar No. 15706
Attorneys for Portier, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2022, a true and correct copy of **DEFENDANT PORTIER, LLC'S STATEMENT REGARDING REMOVAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Johana Whitbeck*
Johana Whitbeck, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405